■

IDA V. GORDON, Plaintiff, v. VICTOR V. SHAKEN, Doing Business under the Name of VICTOR IMPORTING COMPANY, Defendant and Third-Party Plaintiff-Respondent. COTTON PROCESSING CORP., Third-Party Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the third-party plaintiff-respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

NATHAN OTTENSTEIN et al., Doing Business as OTTENSTEIN COAT Co., Respondents, v. MIDTOWN TEXTILE REFINISHERS, INC., Defendant-Appellant and Third-Party Plaintiff-Appellant. GLOBE & RUTGERS FIRE INSURANCE COMPANY et al., Third-Party Defendants-Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

HELEN PESSEL et al., Appellants, v. 2074 WALLACE CORPORATION, Respondent. — Judgment dismissing the complaint and order setting aside the verdict of the jury and dismissing the complaint unanimously reversed and a new trial ordered, with costs to appellants to abide the event. There were issues of fact as to defendant's negligence and plaintiff Helen Pessel's freedom from contributory negligence. The Trial Justice would have been justified in setting aside the judgment on the ground that the jury's verdict was contrary to the weight of the credible evidence, but the complaint should not have been dismissed. Settle order on notice. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [199 Misc. 412.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM RESNICK, Appellant.— Judgment unanimously reversed, the fine remitted and the information dismissed upon the ground that the slips constituting evidence of bookmaking were not sufficiently identified with defendant to sustain the conviction. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

SAMUEL FRYDMAN, Respondent, v. SAMUEL KALMANSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS S. KITZEN, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

BENNY MARGOLIES, Respondent, v. JACK LUKS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

CLIFFORD PASCOE et al., Doing Business as ARTEK-PASCOE, Respondents, v. ELECTROMATIC MANUFACTURING CORP., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondents, with leave to the defendant to answer within ten days after service of a copy of the